# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              Case Number: 6:02-CR-29-ORL-19GJK

**JASON KLOAWOLE COOPER**

USM Number: 25158-018

Peter Warren Kenny, FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number Ten and Eleven of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Ten | New conviction for conduct (Possession of a Firearm by a Convicted Felon) | June 29, 2006 |
| Eleven | New conviction for conduct (Possession of a Firearm with Serial Number Altered or Removed) | June 29, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation charges One through and including Nine are dismissed on the motion of the Government.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/30/2008

_PATRICIA C. FAWSETT_
**PATRICIA C. FAWSETT**
**CHIEF UNITED STATES DISTRICT JUDGE**

January 30, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

JASON KLOAWOLE COOPER  
6:02-CR-29-ORL-19GJK

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months**.   The Court recommends to the Bureau of Prisons:

> **It is requested but not required that the Defendant be afforded treatment for drug use.**

The defendant is remanded to the custody of the United States Marshal.

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

**Jason Kloawole Cooper**

DOCKET NO: 6:02-CR-29-ORL-19UAM

**Superseding Petition**

This case was considered by the Court on the Petition on Probation and Supervised Release Doc. No. __59__, filed __June 25, 2007__, Report and Recommendation of the United States Magistrate Judge Doc. No. __75__, filed __January 16, 2008,__ and Order to Show Cause at Final Revocation Hearing Doc. No. __77__, filed __January 22, 2008__, at a hearing held __January 16, 2008__, attended by the Defendant, counsel for the Defendant, and counsel for the Government. The report and Recommendation of the Magistrate Judge is _____ adopted and approved ~~or~~ ~~rejected~~.

**Adjudication**

The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

<u>Guilty</u>: <u>Yes</u>   or   <u>No</u>

☐   ☑   1)   Positive urinalysis for Cocaine on February 2, 2006 in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation)

☐   ☑   2)   Positive urinalysis for Cocaine on March 27, 2006, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation)

☐   ☑   3)   Positive urinalysis for Cocaine on May 1, 2006, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation)

☐   ☑   4)   Positive urinalysis for Cocaine on June 2, 2006, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation)

☐   ☑   5)   Positive urinalysis for Cocaine on June 5, 2006, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation)

☐   ☑   6)   Positive urinalysis for Cocaine on June 8, 2006, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation)

|   |   |     |   |
|---|---|-----|---|
| ☐ | ☑ | 7)  | Positive urinalysis for Cocaine on June 19, 2006 in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) |
| ☐ | ☑ | 8)  | Positive urinalysis for Cocaine on June 28, 2006, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) |
| ☐ | ☑ | 9)  | Failure to complete Community Service in violation of the Special Condition (Grade C Violation) |
| ☑ | ☐ | 10) | New criminal conduct, Possession of a Firearm by a Convicted Felon, occurring on June 29, 2006, while on supervision in violation of the conditions of supervision: (Adjudicated Guilty on January 18, 2007) (Grade B Violation) |
| ☑ | ☐ | 11) | New criminal conduct, Possession of a Firearm with Serial Number Altered or Removed, occurring on June 29, 2006, while on supervision in violation of the conditions of supervision: (Adjudicated Guilty on January 18, 2007) (Grade B Violation) |

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable advisory guidelines are:

__A__ is the Highest Grade violation, and

__IV__ is the original Criminal History Category, which calls for

__18__ months imprisonment, and

__2__ ~~months~~ years is the Maximum Statutory penalty, and

__3__ years is the Maximum Statutory term of Supervised Release

**Objections**   Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

## SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or have waived the opportunity to do so.

**Adoption of Report and Recommendation**   The Report and Recommendation of the United States Magistrate Judge (Doc. No. 75 ) is **ADOPTED AND APPROVED**, there being no objection filed.

**Superseding Petition Granted**   The Superseding Petition on Probation and Supervised Release (Doc. No. 59, filed June 25, 2007, is **GRANTED** and the defendant's supervised release (Doc. No. 31, filed June 30, 2003 is:

**Revoked**   The Court therefore **ORDERS** that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 YEARS/MONTHS. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines. It is recommended but not required that defendant be afforded treatment for drug use.

**Remand To Custody**  The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

OR

**Voluntary Surrender**  ~~The defendant may voluntarily surrender at the defendant's own expense, at the institution designated by the Bureau of Prisons on or before Friday,_____.~~

~~If no designation is made by the Bureau of Prisons by _____, the defendant shall surrender to the Office of the United States Marshal on _____. To be taken into custody. While awaiting designation the defendant shall be released on bond and shall comply with all previously imposed standards of conditions of supervision in addition to the following conditions:~~

**Recommendation to Bureau of Prisons**  While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities: *see above*

4

**No New term of Supervised Release**   Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

OR

**New term of Supervised Release**   Upon release from imprisonment, the defendant shall serve a _____ YEARS/MONTHS term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

OR

**Reinstated to Supervised Release**   The defendant is hereby reinstated to supervision. All previous special conditions remain intact.

The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of _____. All previously ordered special conditions remain intact.

The defendant is hereby reinstated to supervision. The terms of supervision are modified to include the following special conditions:

**SPECIAL CONDITIONS**

**Home Detention**   The defendant shall participate in the Home Detention program for a period of __ days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the

5

Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare**

The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health**

The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**Mental Health (Sex Offender)**

The defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. You shall follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

**Legal Requirements**

The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by his probation officer.

The probation officer will provide state officials with all information required

under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

**Risk Control**  The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

The defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network system. The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition

7

of release; failure to submit to a search may be grounds for revocation; you shall inform any other residents that the premises may be subject to a search pursuant to this condition.

**RRC/CCC Confinement**   The defendant shall reside in a Residential Re-entry Center for a period of ** days\months and shall observe the rules of that facility. The defendant shall be placed in the Community Confinement/Prerelease component of the program and shall obtain a physical examination at his own expense before entering the program.

**RRC/CSC Confinement**   The defendant shall reside in a Residential Re-entry Sanctions Center for a period of _____ days\months and shall observe the rules of that facility. While at the center, the defendant will abide by all rules and regulations of the center and will contribute towards the cost of room and board, as directed by the center staff.

**Financial**   The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, making acquisitions or obligating yourself for any major purchases without approval of the probation officer.

The defendant shall provide the probation officer access to any requested financial information.

**Community Service**   The defendant shall perform _____ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive.

**Employment Restriction**   The defendant shall refrain from engaging in any employment related to _____.

**Internal Revenue**   The defendant shall fully cooperate with the Internal Revenue Service regarding all outstanding taxes, interest, and penalties relating to the offense of conviction.

The defendant shall fully cooperate with the Internal Revenue Service and in keeping with that cooperation provide the Internal Revenue Service with lawful tax returns for the years _____, _____, and _____, no later than _____. Additionally, the

8

defendant shall pay all outstanding taxes, interest, and penalties relating to the offense of conviction. Furthermore, the defendant shall provide the probation officer with verification that the income tax obligations are being met to the fullest extent possible.

**DNA Collection Policy**

The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer.

**Waiver of Mandatory Drug Testing**

The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year.

**Mandatory Drug Testing**

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

**Special Assessment Monthly Payments**

The defendant shall pay his Court ordered obligation in the amount of $100.00 to Special Assessment. While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. Upon release from custody, the defendant's financial circumstances will be evaluated, and the Court may establish a new payment schedule.

**Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines**

In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statement issued by the U.S. Sentencing Commission ~~in imposing sentence~~.

**Final Objections**

The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Appeal of Sentence**

The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence.

9

> The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

**Instructions to Clerk**

> The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.